JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LATANYA WILLIAMS,

     Plaintiff,

     vs.

LIEN TRAN D/B/A WILSHIRE NAILS; MICHELLE M. HIROHATA; and DOES 1 to 10,

     Defendants.

**Case No.: 2:26-cv-02012-SPG-KES**

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [ECF NO. 18]**

Before the Court is Plaintiff's Request for Voluntary Dismissal of Entire Action with Prejudice. (ECF No. 18 ("Request")). Pursuant to Rule 41(a)(2), except under circumstances not present here, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Having considered the Request, and finding good cause therefor, the Court hereby GRANTS the Request and ORDERS that the entire action be dismissed with prejudice.

     **IT IS SO ORDERED.**

DATED: May 14, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE